# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Marc Hubbard, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00634-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Barry Barnette | ) | |
| Alan Wilson | | |
| J. Mark Hayes | | |
| Judges of the Spartanburg County | | |
| Court of Common Pleas, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2014 Order.

December 19, 2014

Frank G. Johns, Clerk
United States District Court